UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                    Case No. 1:26-cr-11
v.

                                    Hon. Hala Y. Jarbou
DAVID RAMOS DIAZ,

      Defendant.
_____/

## <u>ORDER GRANTING FIRST ENDS OF JUSTICE CONTINUANCE</u>

This matter is before the Court on Defendant's request for an ends of justice continuance. Currently, the final pretrial conference is scheduled for March 4, 2026, and the jury trial is scheduled for March 30, 2026.  The request for a continuance was made to allow additional time for Defense Counsel to receive and review discovery, further investigate the case, rule out or address any potential motions, and meet with Defendant.  Defendant has consented to the request for a continuance (ECF No. 18).

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and Defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv). Having considered the factors under § 3161(h)(7)(B) and the circumstances set forth in the motion, the Court finds that the additional time needed is warranted, and a miscarriage of justice would result absent the continuance.  *See* 18 U.S.C. § 3161(h)(7)(B)(i), (B)(iv).

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Ends of Justice Continuance (ECF No. 16) is **GRANTED**.

**IT IS FURTHER ORDERED** that the jury trial is rescheduled to **June 1, 2026, at 9:00 AM**. Counsel and the parties shall be present in the courtroom at **8:30 AM** to address preliminary matters.

**IT IS FURTHER ORDERED** that the final pretrial conference is rescheduled to **May 6, 2026, at 1:00 PM**. Counsel who will try this case shall appear in person at the final pretrial conference. The attendance of Defendant is required unless specifically waived.

**IT IS FURTHER ORDERED** that all 12(b) motions shall be filed on or before **March 18, 2026**. Motions in limine must be filed no later than twenty-one (21) days prior to the final pretrial conference. Counsel must confer in good faith to resolve the disputed motions in limine before the filing.

To schedule a guilty plea, counsel shall contact the undersigned's chambers at (517) 853−7360. This must be done as soon as practicable, no later than 4:00 PM the Friday prior to trial.


Dated: February 20, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

2