UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID RAMOS DIAZ,

        Defendant.

_____/

Case No. 1:26-cr-011

Hon. Hala Y. Jarbou
Chief United States District Judge

## DEFENDANT'S MOTION FOR COMPETENCY EXAMINATION AND BRIEF IN SUPPORT

Now comes David Ramos Diaz, by and through his attorneys, Samuel Roddy and Marcus Miller, Assistant Federal Public Defenders, and hereby moves this Court to order the defendant to undergo an examination to determine his current mental competency and his criminal responsibility at the time of the offense, pursuant to 18 U.S.C. § 4241(a) and 18 U.S.C. § 4242(a). Counsel believes such an examination is necessary to protect the defendant's right to due process in these proceedings and requests a psychiatric and/or psychological examination be conducted of Mr. Diaz, and the results of those examinations be filed with this Court pursuant to 18 U.S.C. § 4247(c). Defense counsel has consulted with Assistant United States Attorney Clay Stiffler. The government does not object to defense counsel's motion for examinations pursuant to 18 U.S.C. §§ 4241(a) and 4242(a).

## I. Background

Mr. Diaz was charged by Indictment on February 3, 2026, with two counts of threats to kill and injure the president, and two counts of interstate threatening communications.   On

February 10, 2026, Mr. Diaz appeared in court for his first appearance and arraignment with undersigned counsel present.  Mr. Diaz was remanded to the custody of the United States Marshals Service. On February 12, 2026, Mr. Diaz returned to court with undersigned counsel for his initial pretrial conference and detention hearings.  He was detained pending trial in this matter.

**II.    Request for Psychiatric and/or Psychological Examination**

There is reasonable cause to believe that Mr. Diaz may presently be suffering from a mental disease or defect that renders him unable to understand these proceedings or to rationally assist in his defense. Additionally, the behavior observed by counsel potentially calls into question criminal responsibility or diminished capacity at the time of the charged offense.

Defense counsel and his staff have met and spoken personally with Mr. Diaz on many occasions since being appointed. Counsel has also retained an expert, Dr. William Sanders, to conduct a mental health evaluation of Mr. Diaz. Dr. Sanders did his in-person assessment of Mr. Diaz on April 28, 2026.  After conversing with Dr. Sanders, counsel is concerned that Mr. Diaz suffers from medical and mental impairments that may impact his ability to assist in his defense.

Counsel has not filed a notice under Federal of Rule Criminal Procedure 12.2, that the defendant intends to rely on the defense of insanity or diminished capacity. However, given counsel's interactions with Mr. Diaz, as well as conversations with Dr. Sanders regarding his interaction with Mr. Diaz, it is possible that counsel may file such notice. Counsel is requesting an examination and report under 18 U.S.C. § 4242(a), and believes that it is appropriate at this time, if the Court grants Mr. Diaz's motion to determine competency.

### III.    Conclusion and Relief Requested

Under 18 U.S.C. § 4241(a), it is within the Court's discretion to order an evaluation of

the defendant's competency. Similarly, under 18 U.S.C. § 4242(a), the Court has the discretion

to order an examination and report to determine criminal responsibility. Mr. Diaz, through

counsel, is requesting both of these examinations. A hearing should be held regarding those

determinations, after the necessary examination and receipt of a report from the mental health

professional.

<div style="margin-left:50%">

Respectfully submitted,

SEAN R. TILTON
Federal Public Defender

</div>

Dated:  April 30, 2026

<div style="margin-left:50%">

/s/ Samuel Roddy
SAMUEL RODDY
Assistant Federal Public Defender
50 Louis NW, Suite 300
Grand Rapids, Michigan  49503
(616) 742-7420

</div>

Dated:  April 30, 2026

<div style="margin-left:50%">

/s/ Marcus Miller
MARCUS MILLER
Assistant Federal Public Defender
50 Louis NW, Suite 300
Grand Rapids, Michigan  49503
(616) 742-7420

</div>