UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,                              Case No. 1:26-CR-00011

                                       Hon. Hala Y. Jarbou
                                       Chief U.S. District Judge

v.

DAVID DIAZ,                           **SUPERSEDING INDICTMENT**

      a/k/a David Ramos Diaz,
      a/k/a David Diaz Ramos,

      Defendant.
_____/

The Grand Jury charges:

## COUNT 1
### (Threats to Kill and Injure the President)

On or about December 17, 2025, in the Western District of Michigan, Southern Division, the defendant,

**DAVID DIAZ,**
**a/k/a David Ramos Diaz,**
**a/k/a David Diaz Ramos,**

knowingly and willfully made a threat to take the life of, and to inflict bodily harm upon, the President of the United States, in that he submitted a message directed to the President on the WhiteHouse.gov website that said, "I will kill you … you're so dead mother fukr."

**18 U.S.C. § 871**

## COUNT 2
### (Interstate Threatening Communication)

On or about December 17, 2025, in the Western District of Michigan, Southern Division, the defendant,

**DAVID DIAZ,**
**a/k/a David Ramos Diaz,**
**a/k/a David Diaz Ramos,**

knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another.  Specifically, DAVID DIAZ, consciously disregarding a substantial risk that his communications would be viewed as threatening violence, submitted a message directed to the President of the United States on the WhiteHouse.gov website that said, "I will kill you … you're so dead mother fukr."

**18 U.S.C. § 875(c)**

## COUNT 3
### (Threats to Kill and Injure the President)

On or about December 17, 2025, in the Western District of Michigan, Southern Division, the defendant,

**DAVID DIAZ,**
**a/k/a David Ramos Diaz,**
**a/k/a David Diaz Ramos,**

knowingly and willfully made a threat to take the life of, and to inflict bodily harm upon, the President of the United States, in that he called the United States Secret Service and left a voicemail stating, "I wanna kill mother fucker Donald Trump. He's dead, he's dead. In 24 hour he's gonna be dead."

**18 U.S.C. § 871**

## COUNT 4
### (Interstate Threatening Communication)

On or about December 17, 2025, in the Western District of Michigan, Southern Division, the defendant,

**DAVID DIAZ,**
**a/k/a David Ramos Diaz,**
**a/k/a David Diaz Ramos,**

knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another.  Specifically, DAVID DIAZ, consciously disregarding a substantial risk that his communications would be viewed as threatening violence, called the United States Secret Service and left a voicemail stating, "I wanna kill mother fucker Donald Trump. He's dead, he's dead. In 24 hour he's gonna be dead."

**18 U.S.C. § 875(c)**

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

CLAY STIFFLER
Assistant United States Attorney