UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Case No. 1:26-CR-00011

       Plaintiff,

               Hon. Hala Y. Jarbou
               Chief U.S. District Judge

v.

               SUPERSEDING
DAVID RAMOS DIAZ,            **PENALTY SHEET**

       Defendant.
_____/

**COUNT 1 – Threats to Kill and Injure the President – 18 U.S.C. § 871**

**Maximum penalty:**  Not more than 5 years in prison and a $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18:3583] (Class D Felony, 18:3559)

**Special Assessment**: $100 [18:3013]

**COUNT 2 – Interstate Threatening Communication – 18 U.S.C. § 875(c)**

**Maximum penalty:**  Not more than 5 years in prison and a $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18:3583] (Class D Felony, 18:3559)

**Special Assessment**: $100 [18:3013]

Date:  May 5, 2026

               */s/ Clay Stiffler*_____
               Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046