UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                  Case No. 1:26-cr-11

v.

                                  Hon. Hala Y. Jarbou

DAVID DIAZ,

     Defendant.

_____/

## **ORDER**

     A jury trial is set for June 1, 2026, at 9:00 AM.  The Bureau of Prisons (BOP) has advised that Defendant arrived at FCI Butner on May 19, 2026, that the evaluation period will end on July 2, 2026, and that a final report will be submitted to the Court as soon as possible after that date. (Letter, ECF No. 39.)

     Accordingly,

     **IT IS ORDERED** that the jury trial set for June 1, 2026, is **CANCELLED**.

     **IT IS FURTHER ORDERED** that a competency hearing is set for **August 6, 2026**, at **1:00 PM**.

Dated: May 27, 2026                  /s/ Hala Y. Jarbou
                                 HALA Y. JARBOU
                                 CHIEF UNITED STATES DISTRICT JUDGE