UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                    Case No. 1:26-cr-11

v.

                                    Hon. Hala Y. Jarbou

DAVID DIAZ,

     Defendant.

_____/

### **ORDER**

On April 30, 2026, the Court ordered an evaluation of Defendant's mental health pursuant to 18 U.S.C. §§ 4241 and 4242. The Court is now in receipt of two forensic reports regarding Defendant's competence to stand trial and his competence at the time of the offense, as well as a report detailing the results of a neuropsychological evaluation of Defendant. It is common federal practice to restrict access to documents of this nature to protect the privacy of mental-health information. *See, e.g., United States v. Weston*, 194 F.3d 145, 146 (D.C. Cir. 1999); *United States v. Shlater*, 85 F.3d 1251, 1254 (7th Cir. 1996). Accordingly,

**IT IS ORDERED** that the Clerk of the Court is directed to docket the aforementioned reports for use in this matter under restricted access, allowing only the Court, counsel of record for the Defendant and the United States, and the United States Probation Office access to the report.

Dated: July 23, 2026                          /s/ Hala Y. Jarbou
                                              HALA Y. JARBOU
                                            CHIEF UNITED STATES DISTRICT JUDGE