UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                 Case No. 1:26-cr-11

v.

                                 Hon. Hala Y. Jarbou

DAVID DIAZ,

     Defendant.

_____/

## **ORDER**

The Court held a hearing on the record, with all parties present, on August 6, 2026.  For the reasons stated on the record,

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation (ECF No. 49) and the reasons stated on the record, the Court finds Defendant competent to stand trial within the meaning of 18 U.S.C. § 4241(d) in that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**IT IS FURTHER ORDERED** that the matter of Defendant's criminal responsibility at the time of the offense is not at issue at this time, based on Defense Counsel's acknowledgement on the record that a defense of insanity is not currently raised.

**IT IS FURTHER ORDERED** that an ends of justice continuance is **GRANTED**.  The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and Defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).  Having considered the factors under § 3161(h)(7)(B) and the circumstances set forth on the record, the

Court finds that the additional time needed is warranted, and a miscarriage of justice would result absent the continuance.  *See* 18 U.S.C. § 3161(h)(7)(B)(i), (B)(iv).

**IT IS FURTHER ORDERED** that the jury trial is rescheduled to **October 26, 2026, at 9:00 AM.**  Counsel and the parties shall be present in the courtroom at **8:30 AM** to address preliminary matters.

**IT IS FURTHER ORDERED** that the final pretrial conference is rescheduled to **October 1, 2026, at 10:00 AM.**  Counsel who will try this case shall appear in person at the final pretrial conference.  The attendance of the defendant is required unless specifically waived.

**IT IS FURTHER ORDERED** that motions in limine must be filed no later than twenty-one (21) days prior to the final pretrial conference.  Counsel must confer in good faith to resolve the disputed motions in limine before the filing.

To schedule a guilty plea, counsel shall contact the undersigned's chambers at (517) 853−7360.  This must be done as soon as practicable, no later than 4:00 PM the Friday prior to trial.

Dated: August 6, 2026                                  /s/ Hala Y. Jarbou
                                                                    HALA Y. JARBOU
                                                                    CHIEF UNITED STATES DISTRICT JUDGE