UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID DIAZ,

Defendant.
______________________________/

Case No. 1:26−cr−00011−HYJ

Hon. Hala Y. Jarbou

**ORDER**

The Court having reviewed Defendant's Ex Parte Motion, **IT IS ORDERED** that the motion (ECF No. 59) is **GRANTED**.

IT IS SO ORDERED.

Dated: September 16, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge