UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID DIAZ,

Defendant.
_______________________________/

Case No. 1:26-cr-11

Hon. Hala Y. Jarbou

**ORDER DENYING MOTION FOR JUDGMENT OF ACQUITTAL**

On November 3, 2026, Defendant David Diaz made an oral motion for judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure that was deemed made at the close of the government's proofs. For the reasons and grounds set forth in the opinion from the bench which are incorporated herein by reference,

**IT IS ORDERED** that Defendant's motion for judgment of acquittal is **DENIED**.

On November 3, 2026, Defendant David Diaz made a renewed oral motion for judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure at the close of Defendant's proofs. For the reasons and grounds set forth in the opinion from the bench which are incorporated herein by reference,

**IT IS FURTHER ORDERED** that Defendant's renewed motion for judgment of acquittal is **DENIED**.

Dated: November 3, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE